**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LARRY K. WILLIAMS,

    Plaintiff,

v.     Case No. 3:20-cv-1452-TJC-MCR

MOMIN AQEEL,

    Defendant.

## O R D E R

This case is before the Court on an Order to Show Cause (Doc. 9) entered by the Court on May 20, 2021. On June 4, 2021, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 10) recommending that this case be dismissed without prejudice due to Plaintiff Larry K. Williams's failure to prosecute.

The Court's April 29, 2021 Order instructed Mr. Williams to file an amended complaint and application to proceed in forma pauperis by May 19, 2021. (Doc. 8). The Order was returned on May 17, 2021 by the United States Postal Service and marked "unable to forward." (See Doc. 10 at 2). As a result, the Court issued an Order on May 20, 2021 directing Mr. Williams to show cause by June 1, 2021 as to "why this case should not be dismissed for failure

to keep the Court apprised of his address or otherwise prosecute the case." (Docs. 9 at 1; 10 at 2). Mr. Williams has not responded to anything in this case since the April 29, 2021 Order was issued.

Mr. Williams is a pro se litigant, and "[p]ro se pleadings are held to a less stringent standard than pleadings drafted by attorneys and will, therefore, be liberally construed." Tannenbaum v. U.S., 148 F.3d 1262, 1263 (11th Cir. 1998) (per curiam). However, "[d]espite construction leniency afforded pro se litigants, we nevertheless have required them to conform to procedural rules." Loren v. Sasser, 309 F.3d 1296, 1304 (11th Cir. 2002) (per curiam). Like all plaintiffs, Mr. Williams has a duty to keep the Clerk advised of his address. Furthermore, no party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 10), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 10) is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED without prejudice**. The Clerk is directed to terminate any pending motions and close the file.

3

**DONE AND ORDERED** in Jacksonville, Florida the 30th day of August, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Pro se Plaintiff

3